AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| New Horizons Franchising Group, Inc.,<br>*Plaintiff*<br>v.<br>Roy Lee Cooke, individually and as Personal Representative of the Estate of Betty Beach Cooke,<br>*Defendant* | Civil Action No.     3:14-3333-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff New Horizons Franchising Group, Inc., recover from the defendant Roy Lee Cooke, individually and a Personal Representative of the Estate of Betty Beach Coooke, the amount of Four Hundred Four Thousand, Two Hundred Seventy-Two and 72/100 dollars ($404,272.72), plus postjudgment interest at the rate of 0.33 %.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other:

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having granted the plaintiff's motion for default judgment.

Date:  July 30, 2015

*CLERK OF COURT*

s/Angie Snipes

_____
*Signature of Clerk or Deputy Clerk*